VARDON GOLF COMPANY, INC., Plaintiff–Appellant,

v.

KARSTEN MANUFACTURING CORPORATION, Defendant–Cross Appellant.

No. 02–1606, 03–1125, 03–1389.

United States Court of Appeals, Federal Circuit.

March 14, 2006.

ON MOTION

*ORDER*

Upon consideration of the parties' stipulation for dismissal of their appeals and

cross appeal with prejudice,*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.

(2) Each side shall bear its own costs.

---

* We note that the parties' requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.